ELLIOT ENOKI  1528
Acting United States Attorney
District of Hawaii

HARRY YEE  3790
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, HI 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
E-mail:  Harry.Yee@usdoj.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRCIT OF HAWAII

| | |
|---|---|
| NORTH RIVER INSURANCE COMPANY, A NEW JERSEY CORP. AND LORINE Y. OGAWA,<br><br>            Plaintiffs,<br><br>     vs.<br><br>WILLIAM R. MISTELE, AND LOREN CRUZADA,<br><br>            Defendants. | CIVIL NO.<br>(Civil No. 1RC17-1-4422, District Court of the First Circuit, Honolulu Division, State of Hawaii)<br><br>NOTICE OF REMOVAL OF CIVIL ACTION; CERTIFICATION OF THOMAS BRADY; EXHIBIT "A"; CERTIFICATE OF SERVICE |

<u>NOTICE OF REMOVAL OF CIVIL ACTION</u>

Comes now, Defendant Loren Cruzada, by and through his undersigned attorneys, Elliot Enoki, the Acting United States Attorney for the District of Hawaii and Assistant United States Attorney Harry Yee, and sets forth the following facts on their behalf:

1. On July 3, 2017 a Complaint; Summons was filed by Plaintiffs North River Insurance Company, a New Jersey Corp. and Lorine Y. Ogawa, in the District Court of the First Circuit, Honolulu Division, State of Hawaii. This District Court action is numbered Civil No. 1RC17-1-4422.

2. A copy of the Complaint; Summons relating to the District Court action regarding said Defendants William R. Mistele and Loren Cruzada was provided to the United States Attorney on or about July 14, 2017. A copy of the Complaint; Summons are attached hereto as Exhibit "A".

3. In the Complaint, plaintiff seeks damages arising out of an alleged automobile accident on August 11, 2015, involving Plaintiff Lorine Ogawa, Defendant William R. Mistele, and Defendant Loren Cruzada on the H-1 freeway, just past old Waialae overpass, going westbound toward Honolulu, Hawaii.

4. This notice of removal is filed pursuant to 28 U.S.C. § 1442(a)(1).

5. Defendant Loren Cruzada an employee of the United States Secret Service with the Department of Homeland Security and upon removal of this matter to the United States District Court, the United States of America will substitute the United States of America as the defendant in place of Defendant Loren Cruzada.

6. As noted in the attached declaration of Thomas Brady (designee of acting U.S. Attorney Elliot Enoki) defendant Loren Cruzada was acting within the course and scope of his duties as a Special Agent of the United States Secret Service, Department of Homeland Security at the time of the above-referenced August 11, 2015 automobile accident.

WHEREFORE, Defendant Loren Cruzada gives notice that the above-action now pending against him in the District Court of the First Circuit, Honolulu Division, State of Hawaii, is removed therefrom to this court.

DATED: July 17, 2017, at Honolulu, Hawaii.

        ELLIOT ENOKI
        Acting United States Attorney
        District of Hawaii

        /s/ Harry Yee

        By
          HARRY YEE
          Assistant U.S. Attorney

        Attorneys for Defendant
        LOREN CRUZADA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRCIT OF HAWAII

| | |
|---|---|
| NORTH RIVER INSURANCE COMPANY, A NEW JERSEY CORP. AND LORINE Y. OGAWA,<br><br>          Plaintiffs,<br><br>     vs.<br><br>WILLIAM R. MISTELE, AND LOREN CRUZADA,<br><br>          Defendants. | CIVIL NO.<br>(Civil No. 1RC17-1-4422, District Court of the First Circuit, Honolulu Division, State of Hawaii)<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

I hereby certify that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served at their last known address:

By First Class Mail:

Roy T. Ogawa, Esq.
Ogawa, Lau, Nakamura & Jew
707 Richards Street, Suite 600
Honolulu, HI  96813
     Attorneys for Plaintiff

//

//

//

//

1

```
          William R. Mistele
          941 Wainiha Street
          Honolulu, HI  96825
               Defendant
```

DATED:  July 17, 2017, at Honolulu, Hawaii.

```
                         ELLIOT ENOKI
                         Acting United States Attorney
                         District of Hawaii

                         /s/ Harry Yee

                         By
                           HARRY YEE
                           Assistant U.S. Attorney

                         Attorneys for Defendant
                         LOREN CRUZADA
```