```
ELLIOT ENOKI  1528
Acting United States Attorney
District of Hawaii

HARRY YEE  3790
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, HI 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
E-mail:  Harry.Yee@usdoj.gov

Attorneys for Defendant
Loren Cruzada
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| NORTH RIVER INSURANCE COMPANY, A NEW JERSEY CORP. AND LORINE Y. OGAWA,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>WILLIAM R. MISTELE, AND LOREN CRUZADA,<br><br>　　　　　　Defendants. | CIVIL NO. 17-00338 SOM-KSC<br><br>SUBSTITUTION OF UNITED STATES FOR DEFENDANT LOREN CRUZADA |

**SUBSTITUTION OF UNITED STATES OF AMERICA  FOR DEFENDANT LOREN CRUZADA PURSUANT TO FRCP RULE 17(a)2**

　　　Comes now the UNITED STATES OF AMERICA, by and through its attorneys Elliot Enoki, Acting United States Attorney and Harry Yee, Assistant United States Attorney, for the District of Hawaii, hereby request pursuant to Rule 17(a)2 of the Federal

Rules of Civil Procedure and 28 U.S.C. 1346 for an order substituting the United States for Defendant Loren Cruzada.

WHEREFORE, the United States prays that the court order that all further pleadings in this action shall identify the United States as the defendant.

DATED: August 4, 2017, at Honolulu, Hawaii.

ELLIOT ENOKI
Acting United States Attorney
District of Hawaii

By /s/ Harry Yee
 HARRY YEE
 Assistant U.S. Attorney

Attorneys for Defendant
UNITED STATES OF AMERICA

DATED: Honolulu, Hawaii, August 10, 2017.

APPROVED AND SO ORDERED:




Kevin S.C. Chang
United States Magistrate Judge

North River Insurance Company, A New Jersey Corp. and Lorine Y Ogawa v. William R. Mistele, and Loren Cruzada; Substitution of United States of America For Defendant Loren Cruzada Pursuant to FRCP Rule 17 (a)2; Order; Civil NO. 17-00338 SOM-KSC