ROY T. OGAWA, ESQ. 1821
OGAWA, LAU, NAKAMURA & JEW
707 Richards Street, Suite 600
Honolulu, HI 96813
Tel: 808-533-3999
Rogawa@ollon.com

Attorney for Plaintiffs
NORTH RIVER INSURANCE COMPANY,
A NEW JERSEY CORP. AND
LORINE Y. OGAWA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| NORTH RIVER INSURANCE COMPANY, A NEW JERSEY CORP. AND LORINE Y. OGAWA,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA, WILLIAM R. MISTELE,<br><br>Defendants. | CIVIL NO. 17-00338 SOM KSC (Civil No. 1RC17-1-4422, District Court of the First Circuit, Honolulu Division, State of Hawaii)<br><br>NOTICE OF DISMISSAL WITH PREJUDICE; CERTIFICATE OF SERVICE |

NOTICE OF DISMISSAL WITH PREJUDICE

NOTICE IS HEREBY GIVEN to the parties above-named, by and through their respective counsel undersigned, pursuant to Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure, that no opposing party has answered or moved for summary judgment.

Wherefore, Plaintiffs provide this notice that the above-entitled action is dismissed with prejudice.

DATED:  August 15, 2017, at Honolulu, Hawaii.

    /s/Roy T. Ogawa
ROY T. OGAWA, ESQ.
Attorney for Plaintiffs
NORTH RIVER INSURANCE COMPANY,
A NEW JERSEY CORP. AND LORINE Y. OGAWA